# United States District Court

for the

District of Connecticut

STRIKE 3 HOLDINGS, LLC                    **Civil Action No.: 3:19-cv-00115-JBA**

*Plaintiff*

v.

John Doe subscriber assigned IP address
141.126.202.40,

*Defendant*

**DEFENDANT'S OBJECTION TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES**

The defendant, John Doe subscriber assigned IP address 141.126.202.40, respectfully, through his counsel, objects to the plaintiff's subpoena to produce documents, information or objects on the basis that the defendant is simply an I.T. services company, procuring internet services on behalf of the company's clients who are the actual end users of the internet service. The defendant named above, is not the end user of the service but simply a reseller and is not the entity the plaintiffs are seeking.

Additionally, Connecticut General Statute §42-471 (a) states in part that …"Any person in possession of personal information of another person shall safeguard the data, computer files and documents containing the information from misuse by third parties…"  This statute clearly imposes upon the defendant in this case a duty to safeguard the personal information of the end user or else be subject to a civil penalty of five hundred dollars for each violation as defined by the statute. *C.G.S. §42-471(e).*

WHEREFORE, the defendant, John Doe subscriber assigned IP address 141.126.202.40, having stated their objections above requests this honorable Court grant its objection to produce said information to the plaintiff.

Dated:  April 15, 2019                    Respectfully submitted,

**VMR LAW LLC**

 /s/ Victor M. Rodriguez

Victor M. Rodriguez
36 Mill Plain Road
Danbury, CT 06811
(203) 826-7996
Fax: (203) 826-7354

## CERTIFICATE OF SERVICE

I, Victor M. Rodriguez, certify that I caused a copy of the foregoing Objection to Subpoena of Strike 3 Holdings, LLC be served on counsel for the Plan Proponent Parties and other Parties who have requested service pursuant to paragraph 35 of the Case Management Order entered in the above-captioned cases, this 15th day of April, 2019..


/s/ Victor M. Rodriguez
Victor M. Rodriguez